**Order entered January 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01199-CR

**MARK MCCAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-00694**

## ORDER

The Court **GRANTS** court reporter Janice E. Garrett's December 31, 2012 motion for extension of time to file the reporter's record.

The reporter's record received January 7, 2013 is timely filed.

/s/     LANA MYERS
          JUSTICE